IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELMONT ABBEY COLLEGE,<br><br>            Plaintiff,<br><br>     v.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; HILDA SOLIS, Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; TIMOTHY GEITHNER, Secretary of the United States Department of the Treasury, and UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>            Defendants. | Civil Action No.<br>1:11-cv-01989-JEB |

**PROPOSED ORDER**

This matter having come before the Court on Defendants' Motion for a Second Extension of Time to Respond to the Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendants' Motion for a Second Extension of Time to Respond to the Complaint is GRANTED.  Defendants shall file a responsive pleading or motion on or before February 16, 2012.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

Date: _____