AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Belmont Abbey College | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 11-cv-01989 |
| Kathleen Sebelius, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Belmont Abbey College

Date: 02/10/2012

*Attorney's signature*

Eric N. Kniffin (999473)
*Printed name and bar number*

3000 K St. NW, Ste 220
Washington, DC 20007
*Address*

ekniffin@becketfund.org
*E-mail address*

(202) 349-7210
*Telephone number*

(202) 955-0090
*FAX number*