AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Belmont Abbey College <br> *Plaintiff* <br> v. <br> Kathleen Sebelius, et al <br> *Defendant* | ) ) ) ) ) ) | Case No.   1:11-cv-01989-JEB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Belmont Abbey College

Date:   02/29/2012

*Attorney's signature*

Shannen W. Coffin (Bar # 449197)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Address*

scoffin@steptoe.com
*E-mail address*

(202) 429-6255
*Telephone number*

(202) 429-3902
*FAX number*