IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BELMONT ABBEY COLLEGE, | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) | 1:11-cv-01989-JEB |
| v. | ) ) | |
| KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; HILDA SOLIS, Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; TIMOTHY GEITHNER, Secretary of the United States Department of the Treasury, and UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby submit a Notice of Supplemental Authority to alert the Court to new authority bearing on the issues raised in Defendants' pending Motion to Dismiss the First Amended Complaint. This new authority postdates Defendants' last brief on the pending motion.

On June 8, 2012, the Court of Appeals for the District of Columbia Circuit issued an opinion in *American Petroleum Institute v. Environmental Protection Agency*, No. 09-1038, 2012 WL 2053572 (D.C. Cir. 2012). The court held that plaintiff's challenge to regulations issued by the Environmental Protection Agency was not ripe for review because the agency had

initiated a new rulemaking that could significantly amend the regulations. The court's opinion is attached as Exhibit A.

      Respectfully submitted this 22nd day of June, 2012,

              STUART F. DELERY
              Acting Assistant Attorney General

              IAN HEATH GERSHENGORN
              Deputy Assistant Attorney General

              RONALD C. MACHEN JR.
              United States Attorney

              JENNIFER RICKETTS
              Director

              SHEILA M. LIEBER
              Deputy Director

              _/s/ Michelle R. Bennett_____
              MICHELLE R. BENNETT (CO Bar No. 37050)
              Trial Attorney
              United States Department of Justice
              Civil Division, Federal Programs Branch
              20 Massachusetts Avenue N.W.  Room 7310
              Washington, D.C.  20530
              Tel: (202) 305-8902
              Fax: (202) 616-8470
              Email: michelle.bennett@usdoj.gov

              Attorneys for Defendants.